UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:
Thomas Albert Gaudette dba LT Property, LLC,   Case No. 07-40309
                                               Chapter 7
                    Debtor.                    Hon. Phillip J. Shefferly
_____/

## ORDER DENYING FEE APPLICATION

On January 5, 2007, the Debtor filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code. On March 26, 2007, the Chapter 7 Trustee filed a no asset report. On June 6, 2007, the Debtor received his discharge. The Chapter 7 case will soon be closed. However, on May 31, 2007, William R. Orlow, attorney for Debtor, filed an application for "additional fees from Debtor's estate." The application recites that the Debtor's counsel was paid $2,500 prior to the petition being filed but also states that the Debtor's counsel provided additional post-petition services and requests an award of $4,337.00 for fees and $20.86 for costs. On July 2, 2007, Debtor's counsel filed a certificate of no response and submitted an order to the Court for entry.

The Court has reviewed the application for fees and the proposed order and has concluded that the application must be denied. The United States Supreme Court in Lamie v U.S. Trustee, 540 U.S. 526, 538-9 (2004) held:

> that § 330(a)(1) does not authorize compensation awards to debtors' attorneys from estate funds, unless they are employed as authorized by § 327. If the attorney is to be paid from estate funds under § 330(a)(1) in a Chapter 7 case, he must be employed by the trustee and approved by the court.

William R. Orlow was not employed by the Chapter 7 trustee in this case under § 327 and, therefore, may not be awarded fees from the bankruptcy estate under § 330(a)(1). Accordingly,

IT IS HEREBY ORDERED that the application for fees filed by William R. Orlow in this case is denied.

**Signed on July 12, 2007**

                                                 **/s/ Phillip J. Shefferly**
                                                 **Phillip J. Shefferly**
                                                 **United States Bankruptcy Judge**